**FILED**

06/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0646

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0646

STATE OF MONTANA,

        Plaintiff and Appellee,

  v.

NELS JERRY PETERSON,

        Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 20, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 20 2022